IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FOREMOST INSURANCE COMPANY,** : | Civil No. 1:23-cv-0321 |
| Plaintiff, : | (Judge Sylvia H. Rambo) |
| v. : | |
| **GOLDEN HAMMER RENOVATIONS, et al.,** : | |
| Defendants. : | |

### O R D E R

**AND NOW**, this 29th day of November, 2023, upon consideration of Magistrate Judge Bloom's Report and Recommendation (Doc. 16) recommending, in light of evidence presented before him at a damages hearing held on October 18, 2023, that judgment be entered against the defendants in the amount of $123,790.75, and noting that the defendants have not filed objections to the Report and Recommendation and the time for doing so has passed, and the court having satisfied itself that there is no clear error on the face of the record, Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error), **IT IS HEREBY ORDERED** as follows:

1) The Report and Recommendation (Doc. 16) is **ADOPTED**;

2)  Judgment is entered against the defendants jointly and severally in the amount of **$123,790.75**;

3)  The Clerk of Court is **DIRECTED** to close this case.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
